IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM YOUNG                                                                    PLAINTIFF
ADC #650486

v.                           CASE NO. 5:18-CV-00035 BSM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE